IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

SHAWN ANTHONY SEYMOUR,           )
                                 )
        Plaintiff,               )
                                 )
vs.                              )      CV 04-CO-3175-W
                                 )
STATE OF ALABAMA, et al.,        )
                                 )
        Defendants.              )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 23, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on January 11, 2005.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

Done this  24th  day of January 2005.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE